No. 117. PIRTLE *v.* BROWN ET AL., JUDGES OF ELECTION, ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Messrs. Crampton Harris* and *Lee Pressman* for petitioner. *Messrs. Nat Tipton* and *W. F. Barry* for respondents.

No. 119. DONEGHY ET AL., RESIDUARY TRUSTEES, *v.* ALEXANDER, FORMERLY COLLECTOR OF INTERNAL REVENUE; and
No. 120. DONEGHY ET AL., RESIDUARY TRUSTEES, *v.* JONES, COLLECTOR OF INTERNAL REVENUE. October 13, 1941. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. Chas. H. Garnett* for petitioners. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *William L. Cary* for respondents. Reported below: 118 F. 2d 521.

No. 125. ESTATE OF GUGGENHEIM *v.* COMMISSIONER OF INTERNAL REVENUE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Messrs. John W. Davis, Montgomery B. Angell, Lucius A. Buck, Henry Breckinridge,* and *Paul B. Barringer* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Warren F. Wattles* for respondent.